IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:05cr45-MHT |
| | ) | (WO) |
| PRENTESS DESHUN WALKER | ) | |

## ORDER

Pursuant to the opinion (doc. no. 104) and judgment (doc. no. 105) entered on October 26, 2017, it is the ORDER, JUDGMENT, and DECREE of this court that the final judgment of conviction entered on January 10, 2006 (doc. no. 72), is vacated.

It is further ORDERED that resentencing is set for November 15, 2017, at 10:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama. The Probation Department is to submit a timely supplemental presentence report for consideration by the parties and the court.

DONE, this the 27th day of October, 2017.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**