IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )        2:05cr45-MHT
                            )            (WO)
PRENTESS DESHUN WALKER      )
```

ORDER

This case is before the court on defendant Prentess Deshun Walker's petition for early termination of supervised release. The court agrees that his supervision should be terminated early.

The supervising probation officer recommends that the court grant the petition. As the officer reports, since the beginning of Walker's term of supervised release in May 2019, Walker has satisfied all conditions of that supervised release. He has not had any positive drug screens; does not appear to have engaged in new criminal conduct; and has maintained steady employment since April 2019. He has been supervised consistently as low-moderate risk since beginning his supervised release. The officer further reports that Walker has

"demonstrated a pattern of stability in his personal life and supervision."  Response of Supervising Probation Officer (Doc. 145).  For its part, the government opposes the petition.

Accordingly, it is ORDERED that the petition for early termination of supervised release (Doc. 141) is granted; that defendant Prentess Deshun Walker's supervised release is terminated; and that defendant Walker is discharged.

DONE, this the 9th day of December, 2022.

                                           /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**